# EXHIBIT
# B

# Case Information

DC-25-18224 | SHARDE POWELL vs. JACKET RIVER CAPITAL PARTNERS, INC, et al

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| DC-25-18224 | 160th District Court | REDMOND, AIESHA |
| File Date | Case Type | Case Status |
| 09/22/2025 | OTHER (CIVIL) | RE-OPENED |

# Party

PLAINTIFF
POWELL, SHARDE

Active Attorneys ▾
Lead Attorney
ANANTI, BLESSING
Retained

DEFENDANT
JACKET RIVER CAPITAL PARTNERS, INC

Active Attorneys ▾
Lead Attorney
LATHAM, ROBERT PARKE
Retained

DEFENDANT
5IFTYTWO CAPITAL, LLC

DEFENDANT
ELEMENTS ACCESSORIES, INC.

DEFENDANT
AMAZON.COM, INC.

Active Attorneys ▾
Lead Attorney
BASSETT, MICHAEL H.
Retained

## Disposition Events

11/26/2025 Judgment ▾

ORDER DISMISSED FOR WANT OF PROSECUTION

Judicial Officer
REDMOND, AIESHA

Judgment Type
DISMISSED FOR WANT OF PROSECUTION

Judgment

Total Judgment: of $0.00

Awarded To: JACKET RIVER CAPITAL PARTNERS, INC, et al

Awarded Against: POWELL, SHARDE

## Events and Hearings

09/22/2025 NEW CASE FILED (OCA) - CIVIL

09/22/2025 ORIGINAL PETITION ▾

ORIGINAL PETITION

09/22/2025 ISSUE CITATION ▾

ISSUE CITATION-JACKET RIVER CAPITAL PARTNERS, INC

ISSUE CITATION-AMAZON.COM, INC

ISSUE CITATION-ELEMENTS ACCESSORIES, INC

ISSUE CITATION-JACKET RIVER CAPITAL PARTNERS, INC

09/25/2025 CITATION ▾

Served
03/24/2026

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
03/30/2026
Comment
5IFTYTWO CAPITAL, LLC

09/25/2025 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
ELEMENTS ACCESSORIES, INC

09/25/2025 CITATION ▾

Served
03/20/2026

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
04/09/2026
Comment
JACKET RIVER CAPITAL PARTNERS, INC

09/25/2025 CITATION ▾

Served
03/19/2026

Anticipated Server
ESERVE

Case 3:26-cv-01231-X     Document 1-2     Filed 04/16/26     Page 5 of 9     PageID 12

Anticipated Method

Actual Server
OUT OF STATE

Returned
04/09/2026

Comment
AMAZON.COM, INC

---

11/25/2025 DISMISSAL FOR WANT OF PROSECUTION ▾

160th Dismissal

Judicial Officer
REDMOND, AIESHA

Hearing Time
3:00 PM

---

11/26/2025 NOTE - CLERKS ▾

FP NOTICE OF ORDER OF DISMISSAL FOR WANT OF PROSECUTION

FP NOTICE OF ORDER OF DISMISSAL FOR WANT OF PROSECUTION

FP NOTICE OF ORDER OF DISMISSAL FOR WANT OF PROSECUTION

FP NOTICE OF ORDER OF DISMISSAL FOR WANT OF PROSECUTION

Comment
ORDER DWOP MAILED

---

12/01/2025 E-SERVED COPY OF ORDER

---

12/15/2025 RETURNED MAIL ▾

RETURNED MAIL ORDER DWOP FOR AMAZON.COM, INC

Comment
ORDER DWOP FOR AMAZON.COM, INC

---

12/29/2025 MOTION - REINSTATE ▾

PLAINTIFF'S MOTION TO REINSTATE **ORDER NOT FILED**

---

12/30/2025 RETURNED MAIL ▾

RETURNED MAIL ORDER DWOP FOR JACK RIVER CAPITAL PARTNERS, INC.

Comment
ORDER DWOP FOR JACK RIVER CAPITAL PARTNERS, INC.

---

01/28/2026 MOTION - REINSTATE ▾

PLAINTIFF'S 1ST AMENDED MOTION TO REINSTATE **ORDER NOT FILED**

Comment
1ST AMENDED

03/03/2026 Motion - Reinstate ▾

PLAINTIFF'S 1ST AMENDED MOTION TO REINSTATE **ORDER NOT FILED**

Judicial Officer
REDMOND, AIESHA

Hearing Time
09:30 AM

Comment
**VIA ZOOM** - 15M BLESSING 972-374-7895 (CC REQUESTED)

03/04/2026 PROPOSED ORDER/JUDGMENT ▾

PROPOSED ORDER GRANTING MOTION TO REINSTATE AFTER DISMISSAL W/O PREJUDICE

Comment
PROPOSED ORDER GRANTING MOTION TO REINSTATE AFTER DISMISSAL W/O PREJUDICE

03/09/2026 NOTICE OF CHANGE OF ADDRESS ▾

NOTICE OF FIRM NAME CHANGE ADDRESS

Comment
OF FIRM NAME

03/11/2026 ORDER - REINSTATE (OCA and REOPEN CASE) ▾

ORDER - REINSTATE (OCA and REOPEN CASE)

03/16/2026 E-SERVED COPY OF ORDER

03/30/2026 RETURN OF SERVICE ▾

EXECUTED CITATION - 5IFTYTWO CAPITAL, LLC

Comment
EXECUTED CITATION - 5IFTYTWO CAPITAL, LLC

04/08/2026 DISMISSAL FOR WANT OF PROSECUTION ▾

160th Dismissal

Judicial Officer
REDMOND, AIESHA

Hearing Time
8:30 AM

04/09/2026 RETURN OF SERVICE ▾

EXECUTED CITATION - JACKET RIVER CAPITAL PARTNERS, INC

Comment
EXECUTED CITATION - JACKET RIVER CAPITAL PARTNERS, INC

04/09/2026 RETURN OF SERVICE ▾

EXECUTED CITATION - AMAZON .COM, INC.

Comment
EXECUTED CITATION - AMAZON .COM, INC.

04/13/2026 ORIGINAL ANSWER - GENERAL DENIAL ▾

JACKET RIVER CAPITAL PARTNERS, INC.'S ORIGINAL ANSWER

04/13/2026 ORIGINAL ANSWER - GENERAL DENIAL ▾

AMAZON.COM, INC.'S ORIGINAL ANSWER

05/26/2026 Scheduling Conference ▾

160th Scheduling Conference Notice

160th Scheduling Conference Notice

160th Scheduling Conference Notice

Judicial Officer
REDMOND, AIESHA

Hearing Time
3:00 PM

## Financial

POWELL, SHARDE

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $542.00 |
| Total Payments and Credits | | | | $542.00 |
| 9/23/2025 | Transaction Assessment | | | $382.00 |
| 9/23/2025 | CREDIT CARD - TEXFILE (DC) | Receipt # 68845-2025-DCLK | POWELL, SHARDE | ($245.00) |
| 9/23/2025 | STATE CREDIT | | | ($137.00) |
| 12/29/2025 | Transaction Assessment | | | $80.00 |
| 12/29/2025 | CREDIT CARD - TEXFILE (DC) | Receipt # 90919-2025-DCLK | POWELL, SHARDE | ($35.00) |

| 12/29/2025 | STATE CREDIT | | | ($45.00) |
|---|---|---|---|---|
| 2/3/2026 | Transaction Assessment | | | $80.00 |
| 2/3/2026 | CREDIT CARD - TEXFILE (DC) | Receipt # 6833-2026-DCLK | POWELL, SHARDE | ($35.00) |
| 2/3/2026 | STATE CREDIT | | | ($45.00) |

## Documents

ORIGINAL PETITION

ISSUE CITATION-JACKET RIVER CAPITAL PARTNERS, INC

ISSUE CITATION-AMAZON.COM, INC

ISSUE CITATION-ELEMENTS ACCESSORIES, INC

ISSUE CITATION-JACKET RIVER CAPITAL PARTNERS, INC

160th Dismissal

FP NOTICE OF ORDER OF DISMISSAL FOR WANT OF PROSECUTION

FP NOTICE OF ORDER OF DISMISSAL FOR WANT OF PROSECUTION

FP NOTICE OF ORDER OF DISMISSAL FOR WANT OF PROSECUTION

FP NOTICE OF ORDER OF DISMISSAL FOR WANT OF PROSECUTION

ORDER DISMISSED FOR WANT OF PROSECUTION

RETURNED MAIL ORDER DWOP FOR AMAZON.COM, INC

PLAINTIFF'S MOTION TO REINSTATE **ORDER NOT FILED**

RETURNED MAIL ORDER DWOP FOR JACK RIVER CAPITAL PARTNERS, INC.

PLAINTIFF'S 1ST AMENDED MOTION TO REINSTATE **ORDER NOT FILED**

160th Dismissal

PROPOSED ORDER GRANTING MOTION TO REINSTATE AFTER DISMISSAL W/O PREJUDICE

NOTICE OF FIRM NAME CHANGE ADDRESS

ORDER - REINSTATE (OCA and REOPEN CASE)

EXECUTED CITATION - 5IFTYTWO CAPITAL, LLC

EXECUTED CITATION - JACKET RIVER CAPITAL PARTNERS, INC

EXECUTED CITATION - AMAZON .COM, INC.

JACKET RIVER CAPITAL PARTNERS, INC.'S ORIGINAL ANSWER

AMAZON.COM, INC.'S ORIGINAL ANSWER

160th Scheduling Conference Notice

160th Scheduling Conference Notice

Case 3:26-cv-01231-X   Document 1-2   Filed 04/16/26   Page 9 of 9   PageID 16

Tenth Scheduling Conference Notice